IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GUY T. STRINGHAM,

     Plaintiff,                   No. CIV S-09-0286 MCE DAD P

   vs.

J. BICK, et al.,

     Defendants.         ORDER

_____/

       Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

       By an order filed April 26, 2010, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms and copies of his amended complaint which are required to effect service on the defendants. On May 6, 2010, plaintiff submitted the USM-285 forms but failed to file complete copies of the amended complaint.

       Accordingly, IT IS HEREBY ORDERED that:

       1. The Clerk of the Court is directed to return to plaintiff the copy of the amended complaint submitted by plaintiff on March 18, 2010; and

/////

/////

1

2. Within thirty days, plaintiff shall submit to the court the complete copies of the amended complaint, all 187 pages, required to effect service. Failure to return the copies within the specified time period will result in a recommendation that this action be dismissed.

DATED: May 13, 2010.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kly:sj
stri0286.8f