IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GUY T. STRINGHAM,

        Plaintiff,                     No. CIV S-09-0286 MCE DAD P

    vs.

J. BICK, et al.,

        Defendants.             ORDER

/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with this civil rights action. On June 2, 2010, the court ordered the United States Marshal to serve the complaint on seven defendants. The Marshal was unable to effect service on defendant S. Murray because defendant Murray is deceased.

        If plaintiff wishes to attempt proceed with his claims against defendant Murry, plaintiff must provide additional information that will enable the United States Marshal to serve the estate of this deceased defendant. Plaintiff shall promptly seek such information through any means available to him.

        Plaintiff is cautioned that when service of a complaint is not made upon a defendant within 120 days after the complaint was filed, the court may be required to dismiss the plaintiff's claims against that defendant. See Fed. R. Civ. P. 4(m).

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send plaintiff one summons, one USM-285 form, an instruction sheet, and a copy of the amended complaint filed March 18, 2010;

2. Within sixty days from the date of this order, plaintiff shall either complete the attached Notice of Submission of Documents and submit it to the court with the documents listed below, or plaintiff shall show good cause why he cannot provide the required information and documents:

    a. One completed USM-285 form for defendant Murray;

    b. Two copies of the endorsed amended complaint filed March 18, 2010; and

    c. One completed summons form.

DATED: September 2, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kly
stri0286.8e

2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GUY T. STRINGHAM,

      Plaintiff,                    No. CIV S-09-0286 MCE DAD P

   vs.

J. BICK, et al.,                    NOTICE OF SUBMISSION

      Defendants.             OF DOCUMENTS

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      \_\_\_\_ <u>one</u> completed summons form;

      \_\_\_\_ <u>one</u> completed USM-285 form; and

      \_\_\_\_ <u>two</u> true and exact copies of the amended complaint filed March 18, 2010.

DATED: _____.

                                                                        Plaintiff