IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GUY T. STRINGHAM,

        Plaintiff,                    No.  2:  09-0286 MCE DAD P

    vs.

J. BICK, et al.,

        Defendants.             <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding *pro se* with a complaint filed pursuant to 42 U.S.C. § 1983.  Defendants answered the complaint on June 8, 2012.  On June 22, 2012, a discovery and scheduling order was issued by the court.  Under that order, all discovery was to be completed by October 5, 2012 and all pretrial motions were to be filed on or before December 28, 2012.

        In July 2012, plaintiff filed a motion for summary judgment.  (<u>See</u> Dkt. No. 58.)  Thereafter, defendants requested an extension of time until October 15, 2012 to file an opposition to plaintiff's motion for summary judgment as well as a cross-motion for summary judgment.  (<u>See</u> Dkt. No. 59.)  The court granted defendants' request.  (<u>See</u> Dkt. No. 60.)

        On October 11, 2012, shortly before their opposition and any cross-motion were due to be filed, defendants' filed a motion to modify the discovery and scheduling order.  (<u>See</u>

1

Dkt. No. 65.) Good cause appearing, defendants' motion to modify the discovery and scheduling order will be granted in part.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion to modify the discovery and scheduling order (Dkt. No. 65.) is GRANTED IN PART;

2. Defendants' Andreasen, Moreno and Thomas shall serve their responses to plaintiff's interrogatories on or before November 21, 2012; and

3. Defendants shall file and serve their opposition to plaintiff's pending motion for summary judgment and their cross-motion for summary judgment, if any, on or before December 21, 2012.

DATED: October 15, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:dpw
stri0286.36disc