IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GUY T. STRINGHAM,

     Plaintiff,                   No. 2:09-cv-0286 MCE DAD P

  vs.

J. BICK, et al.,

     Defendants.         <u>ORDER</u>

_____/

       Plaintiff has requested an extension of time to file and serve an opposition to defendants' December 21, 2012 cross-motion for summary judgment. Good cause appearing, IT IS HEREBY ORDERED that:

       1. Plaintiff's motion for an extension of time (Docket No. 69) is granted; and

       2. Plaintiff shall place his opposition in the mail on or before March 18, 2013. Any reply shall be filed and served in accordance with Local Rule 230(l).

DATED: January 18, 2013.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

dad1.hm
stri0286.36opp.wpd

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26