IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

| | |
|---|---|
| **GUY STRINGHAM**, <br><br> Plaintiff, <br><br> v. <br><br> **J. BICK, et al.**, <br><br> Defendants. | Case No. 2:09-CV-0286 MCE DAD P <br><br> **STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE** <br>**(Fed. R. Civ. P. 41(a)(1)(A)(ii))** |

Plaintiff Guy Stringham and Defendants Bick, Khoury, Andreasen, Donahue, Thomas, and Moreno have resolved this case in its entirety. Therefore, the parties stipulate to a dismissal of the entire action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Each party shall bear its own litigation costs and attorney's fees.

It is so stipulated.

Dated: July 17, 2014  */s/ Guy Stringham*
Guy Stringham
*Plaintiff Pro Se*

Dated: July 23, 2014  */s/ Jon S. Allin*
Jon S. Allin
*Attorney for Defendants*

1

1    The undersigned has reviewed the stipulation signed by the parties.  Pursuant to that
2  stipulation, IT IS HEREBY ORDERED that:

3        1.  This action is dismissed with prejudice; and

4        2.  The Clerk of the Court is directed to close the case.

5  Dated:  July 29, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

9  /stri0286.stip